United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Ralph Higgens, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 16-24035-Civ-Scola |
| | ) |
| Trident Asset Management, LLC, | ) |
| Defendant. | |

### Judgment

    The Court has entered judgment on partial findings under Rule 52(c). (Judgment on Partial Findings, ECF No. 84.) The Court now enters judgment in favor of the Defendant and against the Plaintiff, as required by Federal Rule of Civil Procedure 58. The Court directs the Clerk to **close** this case.

    **Done and ordered**, at Miami, Florida, on August 30, 2017.

                                                                       Robert N. Scola, Jr.
                                                                       United States District Judge